**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | 2:12-cr-00271-GMN-PAL-1 |
| vs. | ) | |
| BRETT OLIVER BARNES, | ) | |
| | ) | |
| Defendant. | ) | **ORDER** |
| | ) | |

On December 2, 2013, the Federal Public Defender was appointed to represent Brett Oliver Barnes. The Court has now been informed that a conflict exists.

Accordingly, **IT IS HEREBY ORDERED** that attorney, **SHAWN PEREZ, ESQ.,** is appointed as counsel for Defendant Brett Oliver Barnes for all future proceedings.

The Defendant is scheduled to appear before the Honorable Gloria M. Navarro, Chief Judge, in **Courtroom 7D on Tuesday, June 17, 2014 at the hour of 11:00 a.m.** for a hearing regarding Revocation of Supervised Release.

**DATED** this 16th day of June, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court